1   JEFFREY D. WOHL (Cal. State Bar No. 96838)
    RISHI N. SHARMA (Cal. State Bar No. 239034)
2   GREGGORY W. DALTON (Cal. State Bar No. 252000)
    JENNIFER L. ROTH (Cal. State Bar No. 260616)
3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
4   San Francisco, California 94105
    Telephone: (415) 856-7000
5   Facsimile: (415) 856-7100
    jeffwohl@paulhstings.com
6   rishisharma@paulhastings.com
    greggorydalton@paulhastings.com
7   jenniferroth@paulhastings.com

8   Attorneys for Defendant
    Target Corporation
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13   TROY KOOL, individually and on behalf      No.
     of himself and all others similarly situated,
14                                               DECLARATION OF TODD ERETH IN
                    Plaintiffs,                  SUPPORT OF TARGET CORPORATION'S
15                                               NOTICE OF REMOVAL OF CIVIL ACTION
           vs.
16                                               Sacramento County Superior Court,
     TARGET CORPORATION, a Minnesota             No. 34-2010-00088302
17   Corporation and DOES 1-100, inclusive,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

1    I, Todd Ereth, declare:

2    1.      I am the Manager, Employee Relations Compliance for Target Corporation ("Target"),

3    the defendant in this action. I make this declaration in support of Target's Notice of Removal of Civil

4    Action. I have personal knowledge of the facts set forth in this declaration, or know them in my

5    capacity as an employee for Target based on records that Target keeps in the regular course of its

6    business, and could and would competently testify to them under oath if called as a witness.

7    2.      I have held my current position for Target since March 21, 2010. In my position, I have

8    access to Target's California employee data records, which Target maintains in the normal course of its

9    business and relies upon for a variety of business and human resource functions.

10   3.      Target is now and was at the time that this action was commenced a corporation

11   incorporated under the laws of the State of Minnesota with its principal place of business in the State of

12   Minnesota. The majority of Target's executive and administrative functions are performed, and the

13   majority of Target's executive and administrative officers are located in, the State of Minnesota.

14   4.      I understand and believe that plaintiff purports to represent a proposed class that consists

15   of every non-exempt pharmacist Target has employed in the State of California from September 28,

16   2006, to the present. Between September 28, 2006, and January 20, 2010, a portion of the relevant time

17   period for which plaintiff purports to represent proposed class members, Target has employed 1,160

18   non-exempt pharmacists in the State of California.

19   5.      Of the proposed class members, 381 terminated from Target between September 28,

20   2006, and January 20, 2010. The average hourly wage for these 381 proposed class members, based on

21   their final hourly wage rate at the time of termination, is $ 54.24 per hour.

22   6.      During the period from September 28, 2009, to September 28, 2010, Target employed at

23   least 609 non-exempt pharmacists in the State of California for at least 26 pay periods.

24   Executed on November 2, 2010 at Minneapolis, Minnesota.

25   I declare under penalty of perjury and the laws of the United States of America that the foregoing

26   is true and correct.

27

28
_____

Todd Ereth

ERETH DECLARATION ISO NOTICE OF REMOVAL
U.S.D.C., E.D. Cal., No. _____