UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TROY KOOL, individually,
and on behalf of himself
and all others similarly
situated,
                                    NO. CIV. S-10-2950 LKK/EFB
          Plaintiffs,

     v.
                                         O R D E R
TARGET CORPORATION, a
Minnesota Corporation
and DOES 1-100, inclusive,

          Defendants.
_____/
```

Pending before the court in the above-captioned case are motions to dismiss, to stay, or to transfer this action, ECF No. 9. The motions are currently set to be heard on December 20, 2010. The court CONTINUES the hearing to January 18, 2011 at 10:00 a.m. An opposition was filed by plaintiff on December 6, 2010. The deadline for filing of a reply, if any, is unchanged.

IT IS SO ORDERED.

DATED: December 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1