GENE J. STONEBARGER (Cal. State Bar No. 209461)
RICHARD D. LAMBERT (Cal. State Bar No. 251148)
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, California  95630
Telephone:  (916) 235-7140
Facsimile:  (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@lindstonelaw.com

JAMES R. PATTERSON (Cal. State Bar No. 211102)
ALISA A. MARTIN (Cal. State Bar No. 224037)
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, California  92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jpatterson@hpolaw.com
amartin@hpolaw.com

Attorneys for Plaintiff Troy Kool and the Proposed Class

JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
JENNIFER L. ROTH (Cal. State Bar No. 260616)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhstings.com
jenniferroth@paulhastings.com

Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KOOL, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:10-CV-02950-LKK-EFB<br><br>**STIPULATION AND ORDER CONTINUING (1) HEARING ON DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER AND (2) STATUS CONFERENCE PENDING MEDIATION** |

# **STIPULATION**

Plaintiff Troy Kool and defendant Target Corporation, acting through their respective counsel of record, hereby stipulate as follows:

1. Defendant's Motion to Dismiss, Stay, or Transfer This Action on Account of Previously-Filed Class Action; or Alternatively, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a); or Alternatively, to Stay Action Pending Outcome of *Brinker Restaurant Corp. v. Superior Court* (the "Motion to Dismiss") (Docket No. 9) currently is scheduled to be heard by the Court on January 18, 2011, at 10:00 a.m.

2. A status conference currently is scheduled to be held in this action on January 24, 2011, at 2:00 p.m.

3. The parties to this action and the parties to the pending related action, *Mesindo Pompa, individually and on behalf of all others similarly situated, Plaintiff v. Target Corporation, and Does 1 through 50, inclusive, Defendants*, U.S.D.C., C.D. Cal., No. CV 10-0634 AHM (FFMx), have agreed to submit both actions to a private mediation to be held in March 2011.

4. The parties agree that to help facilitate the mediation and avoid what may become unnecessary time and expense for the parties and the Court, the hearing on defendant's Motion to Dismiss and the case management conference should be continued to dates after the mediation. In that regard, the parties propose that the hearing on defendant's Motion to Dismiss be continued to April 14, 2011, and the status conference be continued to April 25, 2011, with a joint status conference statement to be filed one week before.

5. Based on this stipulation, the parties respectfully request that the Court order the continuances as indicated above.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated:  January 7, 2011. | GENE J. STONEBARGER |
| 2 | | RICHARD D. LAMBERT |
| | | STONEBARGER LAW |
| 3 | | |
| | | JAMES R. PATTERSON |
| 4 | | ALISA A. MARTIN |
| | | HARRISON PATTERSON & O'CONNOR LLP |

By:/s/Richard  D. Lambert
      Richard D. Lambert
   Attorneys for Plaintiff Troy Kool and
     the Proposed Class

Dated:  January 7, 2011.  JEFFREY D. WOHL
             RISHI N. SHARMA
             JENNIFER L. ROTH
             PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:Jeffrey D. Wohl
      Jeffrey D. Wohl
  Attorneys for Defendant Target Corporation

1  **ORDER**

2  On the stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED:

4  1.  The hearing on defendant Target Corporation's Motion to Dismiss, Stay, or Transfer This Action on Account of Previously-Filed Class Action; or Alternatively, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a); or Alternatively, to Stay Action Pending Outcome of *Brinker Restaurant Corp. v. Superior Court* (the "Motion to Dismiss") (Docket No. 9) be and hereby is continued to April 11, 2011, at 10:00 a.m.

9  2.  The status conference be and hereby is continued to April 25, 2011, at 2:00 p.m., with a joint status conference statement to be filed one week before.

11  Dated:  January 10, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT