UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY KOOL, individually,
and on behalf of himself
and all others similarly
situated,

                           NO. CIV. S-10-2950 LKK/EFB

     Plaintiffs,

  v.

                           O R D E R

TARGET CORPORATION, a
Minnesota Corporation
and DOES 1-100, inclusive,

     Defendants.

_____/

    Defendant Target Corporation in the above captioned case filed a motion to dismiss, stay, or transfer, which is set to be heard on April 11, 2011. Pursuant to Local Rule 230(c), plaintiff Troy Kool's opposition or statement of non-opposition was due on March 28, 2011. Plaintiff has not filed an opposition or a statement of non-opposition.

    Based on the above, the court ORDERS as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1   writing why sanctions should not issue in accordance

2   with Local Rule 110, including a fine of $150 and/or

3   dismissal of this case, for their failure to file an

4   opposition or statement of non-opposition to the

5   motions. <u>See also</u> Fed. R. Civ. P. 41(b), <u>Link v. Wabash</u>

6   <u>R.R.</u>, 370 U.S. 626, 633 (1962). Counsel shall file a

7   response to this order to show cause no later than April

8   11, 2011.

9   2.   Hearing on defendant's motion to dismiss, stay, or

10       transfer (Doc. No. 9) is CONTINUED to April 25, 2011 at

11       10:00 a.m.

12   3.   Plaintiff shall file and serve his opposition or

13       statement of non-opposition on or before April 11, 2011.

14       Defendant may file and serve a reply no later than April

15       18, 2011.

16   IT IS SO ORDERED.

17   DATED:  April 1, 2011.

18

19   _____
     LAWRENCE K. KARLTON

20   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

21

22

23

24

25

26