GENE J. STONEBARGER (Cal. State Bar No. 209461)
RICHARD D. LAMBERT (Cal. State Bar No. 251148)
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, California  95630
Telephone:  (916) 235-7140
Facsimile:  (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

JAMES R. PATTERSON (Cal. State Bar No. 211102)
ALISA A. MARTIN (Cal. State Bar No. 224037)
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, California  92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

Attorneys for Plaintiff Troy Kool

JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhstings.com

Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KOOL, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:10-CV-02950-LKK-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

## **STIPULATION**

Plaintiff Troy Kool and defendant Target Corporation ("Target"), acting through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that this action may be dismissed with prejudice, each side to bear its own costs and attorneys' fees, based on the settlement of the parallel action *Mesindo Pompa, individually and on behalf of all others similarly situated, Plaintiff v. Target Corporation, and Does 1 through 50, inclusive, Defendants*, U.S.D.C., C.D. Cal., No. CV 10-0634 AHM (FFMx), which was approved by the U.S. District Court for the Central District of California on February 13, 2012.  A copy of that court's Order: (1) Granting Final Approval to Class Action Settlement and (2) Entering Final Judgment is attached as Exhibit A to this stipulation.

Dated:  March 15, 2012.

GENE J. STONEBARGER
RICHARD D. LAMBERT
STONEBARGER LAW

JAMES R. PATTERSON
ALISA A. MARTIN
PATTERSON LAW GROUP, APC

By:  /s/ Gene. J. Stonebarger
Gene J. Stonebarger
Attorneys for Plaintiff Troy Kool

Dated:  March 15, 2012.

JEFFREY D. WOHL
RISHI N. SHARMA
PAUL HASTINGS LLP

By:  /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

1 **ORDER**

2   On the stipulation of the parties, and good cause appearing therefor,

3   IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side
4 to bear its own costs and attorneys' fees.

5   Dated: March 23, 2012.

6

7

8 LAWRENCE K. KARLTON
  SENIOR JUDGE
9 UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28